

**Arnall Golden Gregory LLP**

ATLANTA OFFICE
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363-1031
Direct phone: (404) 873-8596
Direct fax: (404) 873-8597
E-mail: Neil.Gordon@agg.com
www.agg.com

March 27, 2018

Clerk, United States Bankruptcy Court
1340 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

RE: Brett Steven Rose and Angela Maria Rose, Debtors
Case No. 18-53299-LRC

Dear Clerk of the Court:

I am the Chapter 7 Trustee in the above-referenced case. It appears there will be funds available for distribution to creditors, and therefore, it is necessary to establish a claims bar date and to mail a proof of claim form to all creditors.

Thank you for your attention to this matter. If you have any questions, please feel free to contact me at (404) 873-8596 or my paralegal Angela Ford at (404) 870-5643.

Sincerely,

Neil C. Gordon

NCG:cs
cc: Office of the United States Trustee

12026470v1